# ALABAMA COURT OF CRIMINAL APPEALS



September 5, 2025

**CR-2025-0316**
Ex parte Joseph Jamal Danfourah (In re: State of Alabama v. Joseph Jamal Danfourah) (Jefferson Circuit Court: CC-24-4320)

## NOTICE

You are hereby notified that on September 5, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk